IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-88-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | |
| JAMIE CHRISTOPHER HENDERSON | ) | |

At trial, the court overruled defendant's objection to the contents of the verdict form, and the court stated it would enter a memorandum opinion memorializing its reasons for including the following directions: "If you find defendant not guilty as to count one, proceed to count two," and "If you find the defendant not guilty as to count three, proceed to count four." (Verdict (DE 132) at 1-2). After the court overruled said objection, the jury returned a verdict of guilty as to all counts. (See id. at 1-3). Therefore, defendant's objection and the directions it challenged are moot. In light of this mootness of the issue presented, the court dispenses with further explanation regarding its reasons for including the challenged directions.

SO NOTICED, this the 30th day of June, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge